# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

ANDREW WILLIAM ECKERD,

    Plaintiff,

v.

OFFICER JENNIFER STEELE CANNON;
and JUDGE STEPHEN D. KELLEY,

    Defendants.

CIVIL ACTION NO.: 2:17-cv-100

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 4:26 pm, Jan 22, 2018

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's October 10, 2017 Report and Recommendation, dkt. no. 6, to which Plaintiff did not file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this ___ day of _____, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA